McGREGOR W. SCOTT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-00449-JLT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR CONTINUANCE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC W. HUMPHREY, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor W. Scott, United States

Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to

continue Case Number 5:17-po-00449-JLT against Eric W. Humphrey to Friday, June 29, 2018.

This motion is caused by the unavailability of the courtroom located at Edwards AFB, CA, due

to a court-martial. The United States has contacted the Defendant, and the Defendant agrees to

the continuance.

Dated: June 7, 2018                    Respectfully Submitted,
                                       McGregor W. Scott
                                       United States Attorney


                                       Kyle R. Ratliff
                                       Special Assistant United States Attorney

Page 1 of 2

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:17-po-00449-JLT against Eric W.

Humphrey be continued to Friday, June 29, 2018, in the interest of justice.


Dated: _____ June 7, 2018

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge